# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACOB DAVID VALDEZ, | Case No.: _____ |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TITANIUM FUNDS LLC, | Judge: _____ |
| Defendants. | |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff respectfully submits the following exhibits in support of his Complaint:

- **Exhibit A** – Account Statement (03/17/2023 final payment of $4,080.16; $0 balance).

- **Exhibit B** – Release of Garnishment (03/29/2023) confirming judgment satisfied.

- **Exhibit C** – Transcript of call with Cheri Lechtenberg (Titanium/Lucky's Auto Credit Legal Team Account Manager) confirming account paid-in-full on 03/17/2023. *(Plaintiff retains original audio for discovery.)*

- **Exhibit D** – Titanium internal claim screen showing "Judgment – PAID IN FULL," Payment on Judgment $12,697.53, Judgment Remaining $2.65, and Last Payment $4,080.16 (03/17/2023).

- **Exhibit E** – TransUnion Credit Report/Disclosure (09/25/2025) reflecting false $8,052 balance and derogatory history; TU Dispute File #461044958.

- **Exhibit F** – Experian Dispute Results (08/05/2025, Report #0836-7876-54) showing tradeline verified/updated but still inaccurate.

- **Exhibit H** – American Express denial notice (09/25/2025).

**Note:** Plaintiff retains additional documentation (including certified mail receipts, redacted dispute letters, e-OSCAR records, and additional bureau reports) and will produce them in discovery or at the Court's request.

Respectfully submitted,

*/s/ Jacob David Valdez*

**JACOB DAVID VALDEZ (Pro Se)**

6590 S 2700 W, Apt 3

Taylorsville, UT 84129-7345

Phone: 801-403-4271

Email: sneakob801@gmail.com

Plaintiff, Pro Se