**EXHIBIT A**

**Account Statement**

Dated: March 17, 2023

Showing Plaintiff's final payment of **$4,080.16** and resulting **paid in full** status on the Titanium account.

Titanium Funds, LLC
4581 W 3500 S
West Valley City UT 84120
Phone: (801) 924-2866 Fax :

# Statement of Account

### ACCOUNT INFO
**Claim ID:** 3318
**Debtor:** JACOB VALDEZ
**Creditor:** Titanium Funds, LLC
**Creditor File No:** 11410
**Collector:** BKDesk2

Export to CSV

### PAYMENT HISTORY

| INITIAL BALANCE | PAYMENTS RECEIVED | DATE | ALLOCATED TO PRINCIPAL | ALLOCATED TO INTEREST | ALLOCATED TO COSTS | ALLOCATED TO ATTY FEES | REMAINING PRINCIPAL | REMAINING INTEREST | REMAINING COSTS | REMAINING ATTY FEES | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| $8,448.18 | $0.00 | 04/12/2021 | $0.00 | $0.00 | $0.00 | $0.00 | $8,448.18 | $0.00 | $0.00 | $0.00 | $8,683.18 |
| $11,604.49 | $426.69 | 05/12/2022 | $0.00 | $426.69 | $0.00 | $0.00 | $8,448.18 | $2,113.47 | $266.15 | $350.00 | $11,177.80 |
| $11,296.78 | $426.69 | 05/31/2022 | $0.00 | $426.69 | $0.00 | $0.00 | $8,448.18 | $1,805.76 | $266.15 | $350.00 | $10,870.09 |
| $10,953.68 | $364.38 | 06/14/2022 | $0.00 | $364.38 | $0.00 | $0.00 | $8,448.18 | $1,524.97 | $266.15 | $350.00 | $10,589.30 |
| $10,635.07 | $415.61 | 06/22/2022 | $0.00 | $415.61 | $0.00 | $0.00 | $8,448.18 | $1,155.13 | $266.15 | $350.00 | $10,219.46 |
| $10,295.58 | $408.83 | 07/06/2022 | $0.00 | $408.83 | $0.00 | $0.00 | $8,448.18 | $822.42 | $266.15 | $350.00 | $9,886.75 |
| $9,984.75 | $321.76 | 07/25/2022 | $0.00 | $321.76 | $0.00 | $0.00 | $8,448.18 | $598.66 | $266.15 | $350.00 | $9,662.99 |
| $9,741.99 | $333.67 | 08/10/2022 | $0.00 | $333.67 | $0.00 | $0.00 | $8,448.18 | $343.99 | $266.15 | $350.00 | $9,408.32 |
| $9,469.55 | $387.90 | 08/23/2022 | $0.00 | $387.90 | $0.00 | $0.00 | $8,448.18 | $17.32 | $266.15 | $350.00 | $9,081.65 |
| $9,126.10 | $426.69 | 09/02/2022 | $364.92 | $61.77 | $0.00 | $0.00 | $8,083.26 | $0.00 | $266.15 | $350.00 | $8,699.41 |
| $8,774.16 | $426.69 | 09/20/2022 | $351.94 | $74.75 | $0.00 | $0.00 | $7,731.32 | $0.00 | $266.15 | $350.00 | $8,347.47 |
| $8,401.53 | $372.01 | 10/04/2022 | $317.95 | $54.06 | $0.00 | $0.00 | $7,413.37 | $0.00 | $266.15 | $350.00 | $8,029.52 |
| $8,076.41 | $344.31 | 10/17/2022 | $297.42 | $46.89 | $0.00 | $0.00 | $7,115.95 | $0.00 | $266.15 | $350.00 | $7,732.10 |
| $7,779.30 | $372.60 | 10/31/2022 | $325.40 | $47.20 | $0.00 | $0.00 | $6,790.55 | $0.00 | $266.15 | $350.00 | $7,406.70 |
| $7,450.34 | $426.69 | 11/14/2022 | $383.05 | $43.64 | $0.00 | $0.00 | $6,407.50 | $0.00 | $266.15 | $350.00 | $7,023.65 |
| $7,068.85 | $426.69 | 11/30/2022 | $381.49 | $45.20 | $0.00 | $0.00 | $6,026.01 | $0.00 | $266.15 | $350.00 | $6,642.16 |
| $6,677.63 | $426.69 | 12/14/2022 | $391.22 | $35.47 | $0.00 | $0.00 | $5,634.79 | $0.00 | $266.15 | $350.00 | $6,250.94 |
| $6,286.81 | $408.01 | 12/30/2022 | $372.14 | $35.87 | $0.00 | $0.00 | $5,262.65 | $0.00 | $266.15 | $350.00 | $5,878.80 |
| $5,898.43 | $396.65 | 01/09/2023 | $377.02 | $19.63 | $0.00 | $0.00 | $4,885.63 | $0.00 | $266.15 | $350.00 | $5,501.78 |
| $5,527.16 | $274.13 | 01/24/2023 | $248.75 | $25.38 | $0.00 | $0.00 | $4,636.88 | $0.00 | $266.15 | $350.00 | $5,253.03 |
| $5,278.61 | $377.30 | 02/10/2023 | $351.72 | $25.58 | $0.00 | $0.00 | $4,285.16 | $0.00 | $266.15 | $350.00 | $4,901.31 |
| $4,918.76 | $426.69 | 02/24/2023 | $409.24 | $17.45 | $0.00 | $0.00 | $3,875.92 | $0.00 | $266.15 | $350.00 | $4,492.07 |
| $4,503.53 | $426.69 | 03/08/2023 | $415.23 | $11.46 | $0.00 | $0.00 | $3,460.69 | $0.00 | $266.15 | $350.00 | $4,076.84 |
| $4,082.81 | $4,080.16 | 03/17/2023 | $3,460.69 | $5.97 | $263.50 | $350.00 | $0.00 | $0.00 | $2.65 | $0.00 | $2.65 |
| $2.65 | $0.00 | 09/24/2025 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.65 | $350.00 | $2.65 |

### SUMMARY
**Amount Placed** $8,448.18
**Total Interest Accrued** $3,635.85
**Total Fees Incurred** $350.00
**Total Paid** $12,697.53
**Paid To Principal** $8,448.18
**Paid To Costs** $263.50
**Paid To Interest** $3,635.85
**Paid To Fees** $350.00
**Current Balance Due** $2.65