**EXHIBIT B**

**Release of Garnishment (Satisfied)**

- Date: **March 29, 2023**
- Confirms satisfaction of judgment.

J. Benson Miller (11722)
In-House Counsel
Titanium Funds, LLC
3081 South State Street – 2nd Floor
Salt Lake City, UT 84115
Ph. (801) 924-2866
E-mail: recovery@titaniumfunds.com

*Attorney for Plaintiff*

IN THE SALT LAKE DEPT. OF THE THIRD JUDICIAL DISTRICT COURT
SALT LAKE COUNTY, STATE OF UTAH
450 S STATE ST., SALT LAKE, UT 84114 – 801.238.7300

| | |
|---|---|
| TITANIUM FUNDS, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>**JACOB VALDEZ**, an individual,<br><br>Defendant. | RELEASE OF GARNISHMENT<br><br>Case No. 219908151<br><br>Judge: KENT HOLMBERG |

To:

**WEIR SLURRY GROUP INC**

1108 E SOUTH UNION AVENUE

MIDVALE, UT 84047

The writ of continuing garnishment served upon you on or about April 27, 2022, for the Defendant Judgment Debtor **JACOB VALDEZ** is now released. This release relieves you of any further obligation to withhold property/wages due **JACOB VALDEZ** for the benefit of Plaintiff as a result of the writ.

DATED this 29th day of March 2023.

J. Benson Miller
Attorney for Plaintiff

## Certificate of Service

I certify that on March 29, 2023, I sent a copy of this Release of Garnishment to:

**WEIR SLURRY GROUP INC**
1108 E SOUTH UNION AVENUE
MIDVALE, UT 84047

DATED this 29th day of March 2023.

_____
J. Benson Miller
Attorney for Plaintiff

Plaintiff's address:
3081 South State Street – 2nd Floor
Salt Lake City, UT 84115