# EXHIBIT C

**Call Transcript – Cheri Lechtenberg (Titanium / Lucky's Auto Credit)**

- Role: **Legal Team Account Manager**
- Confirms:
  - Final payment received **03/17/2023**
  - Account status **Paid in Full**
  - Remaining $2.65 is administrative, does not affect "Paid in Full"
- *(Original audio maintained; transcript provided for Court.)*

Thank you for calling Lucky's Auto Credit, where 77 cents down gets you a car. If you know your party's extension, you may dial it at any time. If you would like to talk to someone in sales, press 1. If you're a current customer calling about payments or your account, press 2. If you would like to reach the service center, Press 3. For all other inquiries, press 0, and the next available representative will be with you. I know you won't give a lot of things

out. Hi, I was looking to speak with Sherry.

Yeah, let me get you over. What was your name?

Jacob

Valdez. OK, wonderful. Give me just a moment. I'll get you over.

Thank you.

Of

course. It's already

recording? Yeah.

Hi, Sherry.

How are you?

Good. How are you? I'm

okay. This is Jacob.

I feel good. Thanks

for

asking. What's the last name?

Valdez.

Let's get you

pulled up here, Jacob.

We spoke a couple of weeks ago. I don't know if you remember.

Sorry. I got a bazillion calls. Let's see. Oh, yes. Inquiry, la, la, la. And what can I do to help? Just still checking on your credit bureau report or what's happening?

Wait, can you verify which date about this you're speaking with?

Oh, yeah, sure. I have a date of birth, 1983. Yeah, that

is correct.

So I

just want to know my payment history. Can you tell me the exact dates of the payments you received on this account?

There's a bunch. I'm happy to mail you or email you like an account statement showing every payment that was paid.

No, can you just go over the

last dates that you received

payments for this. Sure.

The last payment we received on the account before it was paid in full was March 17th of 2023. That looks like a big one. That was like a four thousand dollar and eighty four thousand eighty and sixteen cents. OK. Does that sound right. Yeah that

does sound right. That's kind of what I was checking to see and see what was applied.

So that's when it was noted as paid in full on the 17th of March.

Can you email me the proof of that? Sure.

And do you want like where they file the satisfaction of judgment with the court? I can email you that.

You

should have received it. Let me look through the notes here. Oh,

yeah. If you could send me everything, because no, I didn't receive anything. That's why I'm

trying to. Oh, yeah. I'm happy

to

tell me the best email. I have probably an old one. Sneak 801 at Gmail.

Yeah, that's correct. That's still current to this day.

Oh, perfect. OK, I'll send you an account statement. I'll send you a copy. It's called a satisfaction of judgment. That's what you need. to have, for sure, a copy of that's what's filed with the courts when the account is paid in full. And that's also sent to the credit bureau when it shows a positive that you no longer have a judgment against you.

When was that

sent? Sorry, what did you say? You're cutting cut now.

When was that sent to the credit bureaus and sent? When was the judgment

sent?

I guess is what I'm looking for.

It should have been done at that time, but it looks like we sent a new thing since you called in and filed a report with the Credit Bureau. Let's see. So we responded again back in July that it had been paid off and told them to stop reporting the negative. Okay. So Let me see. She puts copies of that in there as well. I can send you a copy of that, too.

Yeah, if you could just send everything. And

if I

could, I know I've

had a hard

time getting you on the line, your schedule, my schedule.

Well, and our phones

have been weird. So I'm so

sorry

if

you've

been trying.

You're

100% fine.

If I could just

stay on the line with you until I get those emails, that way we don't have to go through this whole mess again. I would really appreciate it.

Oh, gotcha. Yeah, I'll just do it right here as we are speaking. Let's see what we've got. OK, so I'm going to send to SNEAK801. Is that correct?

At Gmail,

yeah.

Yeah.

I'm

glad I caught you, because it looks like you're probably going to be heading out of the office soon, right?

Yeah, you caught me at a good time. Oh, I got

time. I'm going to make a call. Yeah, do it. Yeah.

This is a release of garnishment.

Do

you want that payment history as well, Jacob?

Yeah, if you could just send everything, I'd appreciate it. That way, I mean, if I can discard any information that isn't necessary for me. But it's better

to

have all of it rather than having to

recall you back. It's like a bunch of stuff from being a garnishment. But I'm not going to send any of that.

Thank you. I'm

not finding the one I want. I'm going to go on the court website and see if

I can get a

copy there. That's that satisfaction of judgment that we talked about. I just sent you three things, so just to make sure that you're getting what I'm sending. Did you get that?

Yeah. Let me go ahead and refresh and see if I'm... Okay. Yeah, let me check my other mailboxes.

Oh, there

we go. In the

junk folder?

I spelled your name wrong.

That's

fine. I don't care.

I spelled

it

S-A-T-R-Y, and it looks like you have it C-A-T-R-I.

Oh,

yeah.

It's a weird one. Don't worry about it.

I'm a weird one.

All I'm seeing is a release of garnishment. Why am I not seeing a satisfaction is what I want. I'm going to message the attorney and then see if we can't track it down. And if one was never filed, which I can't imagine why it wouldn't be. then I'll email you it tomorrow. Does that sound OK?

I mean, it's

going to

have to be if you I

mean, I

would rather stay on the phone and wait for you. But I

mean, yeah, I can't reach him right now and file something with the court at this time of day. But I just don't see it the actual document. I see the release of garnishment. That's what I sent you was a release of Gershwin, but it should also be a second document saying satisfaction of judgment.

So I was looking for something on your end that does say paid in full.

There's actually $2.65 or something. Maybe we're in the hole, but that shouldn't have anything to do with it. The account is marked paid in full.

So I mean if you could email me that it

says

the account is paid in full.

Or. I can have a screenshot. I could give you a screenshot. But I'd rather have that official document and they

it

should all show on that.

I'd rather have the official document also if you could.

If you

could screenshot the account paid in full and send me that and

then

perhaps maybe a letter that says it's paid in full.

And then look at that. where they updated the credit bureau. I sent you that as well. Is that in the same

document?

Uh-huh, that I just sent you. It's called an eOSCR dispute. I see the

eOSCR dispute.

So that should be what she updated. Current

balance amount past due. Verify current balance amount past due. Speech

date

open. Date last payment. Date close. Verify date open last payment. Yeah,

that's kind of a weird thing, but that shows they responded to that credit bureau on the 22nd of July of this year. Yeah,

the

thing is that this

still shows.

OK. I'm just emailing my manager and see if I can dig up that thing another way. Hang on.

Did

you do like a settlement? This was when the person before me was working here. Her name was Brandy. This was back in 2023. Was that $4,000 like a settlement?

Yeah,

I

paid in full

to settle the account. Gotcha. I see it. Okay, just wondering, I want to clarify here, but that shouldn't make a difference. She released the garnishment, but it doesn't look like she requested that satisfaction of judgment document.

Did you go

ahead,

Brian?