**EXHIBIT D**

**Titanium Internal Claim Information Screen**

Showing account status marked **"Judgment – PAID IN FULL"**, total **Payment on Judgment $12,697.53, Judgment Remaining $2.65**, and **Last Payment of $4,080.16 on 03/17/2023**.

# CLAIM INFORMATION # 3318
## CREDITOR REFERENCE NO. 11410

Warning Message:CASE # 219908151----------JUDGE KENT HOLMBERG Warning Message 3;ORDER DWS ENTERED: 08/23/2021

Claim Status: Judgment - PAID IN FULL

| Debtor Info | Debt Info | Pre-Litigation Info (4/12/2021 - 7/13/2021) | Litigation Info (7/13/2021 - 9/24/2025) |
|---|---|---|---|
| Debtor: JACOB VALDEZ | Profile: 0 | Amt Placed: $8,448.18 | Date Filed: 08-Jun-21 |
| Contact Name: JACOB VALDEZ | Forwarder: | Principal Balance: $8,448.18 | Judgment Date: 13-Jul-21 |
| Address: 6590 S 2700 W APT 3 | Client Rep: | Payment on Claim: $0.00 [TPC] | Principal: $8,448.18 |
| Unit: | Last Client Contact: 919 Days | Attorney Fees: $350.00 | Judgment Interest: $554.39 |
| City: SALT LAKE CITY | Creditor: Titanium Funds, LLC | Court/Misc Cost: $235.00 | Costs Awarded: $235.00 |
| State: UT | Client Preferences: | Previous Interest: $0.00 | Amount: $9,237.57 |
| Zip: 84120 | Phone: (801) 924-2866 | Int Accrued To Date: $554.39 | Attorney Fees: $350.00 |
| Country: USA | Date Placed: 4/12/2021 [1626 Days] | Unpaid Interest: $554.39 | Amount+Attorney Fees: $9,587.57 |
| Date of Birth: 13-Mar-83 | Exp. Collection Fee: $8,448.18 | Int Since Last Activity: $554.39 | Interest Accrued: $3,081.46 |
| SSN: 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 | Collector: BKDesk2 | Bal Prior to Litigation: $9,587.57 | Total Interest: $3,635.85 |
| Phone 1: 801-657-9103 | Opposing Attorney: | | Payment on Judgment: $12,697.53 |
| Phone 2: | Collection Method: Flat Rate | | Unpaid Interest: $0.00 |
| Work Phone: | Collection Rate: 100.00 % | | Int Since Last Activity: $0.00 |
| Cell: | | | Post Judgment Costs: $31.15 |
| Fax: | | | Total Judgment Costs: $266.15 |
| Email: [sneak801@gmail.com] [Mail] | | | Judgment Remaining: $2.65 |
| Work No. Rpt.: | | | |
| Web Site: | | | |
| Delinquent Date: 04/07/2021 | | | |
| Last Pmt: $4,080.16, 03/17/2023 [922] | | | |
| Last Credit: | | | |