**EXHIBIT E**

**TransUnion Credit Report & Dispute Chain**

- Report Date: **September 25, 2025**
- File Number: **461044958**
- Shows **reinsertion of $8,052 balance** after prior correction.
- No reinsertion notice provided as required by law.

Personal Credit Report for:
**JACOB VALDEZ**

File Number:
**461044958**

Date Created:
**09/25/2025**

**Visit transunion.com/dispute to start a dispute online.**

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help.

## Personal Information

You have been on our files since 04/01/2001. Your SSN has been masked for your protection.

**Credit Report Date**

09/25/2025

**Social Security Number**

XXX-XX-8308

**Date of Birth**

/1983

**Name**

JACOB D. VALDEZ

### Also Known As

**AKA**

JACOB DAVID VALDEZ

### Addresses

**Current Address**

6590 S 2700 W APT 3 TAYLORSVILLE, UT 84129-7345

**Date Reported**

09/30/2015

**TRL:** Transferred to another lender

**TTR:** Transferred to recovery

**WEP:** Chapter 13 bankruptcy

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

Account Name

TITANIUM FUNDS 114**

### Account Information

| | |
|---|---|
| **Address** | 3081 S STATE ST SALT LAKE CITY, UT 84115 |
| **Phone** | (877) 682-3553 |
| **Monthly Payment** | $0 |
| **Date Opened** | 10/10/2020 |
| **Responsibility** | Individual Account |
| **Account Type** | Installment Account |
| **Loan Type** | AUTOMOBILE |
| **Balance** | $8,052 |
| **Date Updated** | 07/01/2025 |
| **Payment Received** | $0 |
| **Last Payment Made** | 02/19/2021 |
| **Pay Status** | >Charge-off< |
| **Terms** | $0 per month, paid Bi-weekly for 37 months |
| **Date Closed** | 03/31/2021 |

**High Balance (Hist.)** High balance of $9,382 from 06/2025 to 07/2025

**Estimated month and year this item will be removed** 01/2028

## Payment History

| | November 2020 | December 2020 | January 2021 | February 2021 | March 2021 | April 2021 |
|---|---|---|---|---|---|---|
| Balance | --- | --- | --- | --- | --- | --- |
| Past Due | --- | --- | --- | --- | --- | --- |
| Amount Paid | --- | --- | --- | --- | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | --- | --- | --- | --- | --- | --- |
| Rating | **OK** | **OK** | **OK** | **30** | **OK** | **N/R** |

| | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 |
|---|---|---|---|---|---|---|
| Balance | --- | --- | --- | --- | --- | --- |
| Past Due | --- | --- | --- | --- | --- | --- |
| Amount Paid | --- | --- | --- | --- | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | --- | --- | --- | --- | --- | --- |
| Rating | **N/R** | **N/R** | **N/R** | **N/R** | **N/R** | **N/R** |

| November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|
| Balance<br>--- | Balance<br>--- | Balance<br>--- | Balance<br>--- | Balance<br>--- | Balance<br>--- |
| Past Due<br>--- | Past Due<br>--- | Past Due<br>--- | Past Due<br>--- | Past Due<br>--- | Past Due<br>--- |
| Amount Paid<br>--- | Amount Paid<br>--- | Amount Paid<br>--- | Amount Paid<br>--- | Amount Paid<br>--- | Amount Paid<br>--- |
| Scheduled Payment<br>--- | Scheduled Payment<br>--- | Scheduled Payment<br>--- | Scheduled Payment<br>--- | Scheduled Payment<br>--- | Scheduled Payment<br>--- |
| Remarks<br>--- | Remarks<br>--- | Remarks<br>--- | Remarks<br>--- | Remarks<br>--- | Remarks<br>--- |
| Rating<br>**N/R** | Rating<br>**N/R** | Rating<br>**N/R** | Rating<br>**N/R** | Rating<br>**N/R** | Rating<br>**N/R** |

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|---|
| Balance<br>--- | Balance<br>--- | Balance<br>--- | Balance<br>--- | Balance<br>--- | Balance<br>--- |
| Past Due<br>--- | Past Due<br>--- | Past Due<br>--- | Past Due<br>--- | Past Due<br>--- | Past Due<br>--- |
| Amount Paid<br>--- | Amount Paid<br>--- | Amount Paid<br>--- | Amount Paid<br>--- | Amount Paid<br>--- | Amount Paid<br>--- |
| Scheduled Payment<br>--- | Scheduled Payment<br>--- | Scheduled Payment<br>--- | Scheduled Payment<br>--- | Scheduled Payment<br>--- | Scheduled Payment<br>--- |
| Remarks<br>--- | Remarks<br>--- | Remarks<br>--- | Remarks<br>--- | Remarks<br>--- | Remarks<br>--- |
| Rating<br>**N/R** | Rating<br>**N/R** | Rating<br>**N/R** | Rating<br>**N/R** | Rating<br>**N/R** | Rating<br>**N/R** |

| | November 2022 | December 2022 | January 2023 | February 2023 | March 2023 | April 2023 |
|---|---|---|---|---|---|---|
| Balance | --- | --- | --- | --- | --- | --- |
| Past Due | --- | --- | --- | --- | --- | --- |
| Amount Paid | --- | --- | --- | --- | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | --- | --- | --- | --- | --- | --- |
| Rating | N/R | N/R | N/R | N/R | N/R | N/R |

| | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 | October 2023 |
|---|---|---|---|---|---|---|
| Balance | --- | --- | --- | --- | --- | --- |
| Past Due | --- | --- | --- | --- | --- | --- |
| Amount Paid | --- | --- | --- | --- | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | --- | --- | --- | --- | --- | --- |
| Rating | N/R | C/O | C/O | C/O | C/O | C/O |

| | November 2023 | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|---|
| Balance | --- | --- | --- | --- | --- | --- |
| Past Due | --- | --- | --- | --- | --- | --- |
| Amount Paid | --- | --- | --- | --- | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | --- | --- | --- | --- | --- | --- |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

| | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 |
|---|---|---|---|---|---|---|
| Balance | --- | --- | --- | --- | --- | --- |
| Past Due | --- | --- | --- | --- | --- | --- |
| Amount Paid | --- | --- | --- | --- | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | --- | --- | --- | --- | --- | --- |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

| | November 2024 | December 2024 | January 2025 | February 2025 | March 2025 | April 2025 |
|---|---|---|---|---|---|---|
| Balance | --- | --- | --- | --- | --- | --- |
| Past Due | --- | --- | --- | --- | --- | --- |
| Amount Paid | --- | --- | --- | --- | --- | --- |
| Scheduled Payment | --- | --- | --- | --- | --- | --- |
| Remarks | --- | --- | --- | --- | PRL< | > |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

| | May 2025 | June 2025 | July 2025 |
|---|---|---|---|
| Balance | --- | $8,052 | $8,052 |
| Past Due | --- | $8,052 | $8,052 |
| Amount Paid | --- | $0 | $0 |
| Scheduled Payment | --- | $0 | $0 |
| Remarks | --- | PRL< | > |
| Rating | C/O | C/O | C/O |

Total Montl

---

VERIZON WIRELESS

## Account Information

**Address** VERIZON WIRELESS PO BOX 65005 DALLAS, TX 75265

**Phone** (800) 852-1922

*** 461044958-012 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

08/05/2025

Information for Good.

PM891G00100934-I009047-244185702

JACOB D. VALDEZ
6590 S 2700 W APT 3
TAYLORSVILLE, UT 84129-7345

Dear JACOB D. VALDEZ,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

**Rating Key**

Your accounts may also include up to 84 months of rating information. Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

00934020S5F0030-PM891G0D100934



# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE and NO CHANGE NEEDED: The disputed item(s) was verified as accurate. No changes were made to the item(s) based on your dispute.**

**TITANIUM FUNDS #114**** ( 3081 S STATE ST, SALT LAKE CITY, UT 84115, (877) 682-3553 x39900 )

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE. We determined that no change needed to be made to this item. Here is how this item appears on your credit report following our investigation.

**Date Opened:** 10/10/2020
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** AUTOMOBILE
**Balance:** $0
**Date Updated:** 03/31/2021
**Payment Received:** ($0)
**High Balance:** $9,382
**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** $0 per month, paid Bi-weekly for 37 months
**Date Closed:** 03/31/2021
>Maximum Delinquency of 30 days in 01/2021<

**Remarks:** CLOSED

| | 02/2021 | 01/2021 | 12/2020 | 11/2020 |
|---|---|---|---|---|
| Rating | RPO | 30 | OK | OK |

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).
- The following FCRA right applies with respect to nationwide consumer reporting agencies:
- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

00934040SG0000-PM891G0010934

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

07/23/2025

tu
Information for Good.

PM5U1Y00100948-I009167-242940199

JACOB D. VALDEZ
6590 S 2700 W APT 3
TAYLORSVILLE, UT 84129-7345

Dear JACOB D. VALDEZ,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

File Number:
Date Issued: 07/23/2025

# TransUnion Credit Score

JACOB D. VALDEZ

YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>-<br>Created on<br>07/23/2025 | Unavailable<br>(See Below)<br>850 A 780 B 720 C 660 D 600 F 300 | Unavailable<br>(See Below)<br>100% 50% 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## About your TransUnion Credit Score

TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as 'point-of-sale installment loans,' on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later data may be factored into credit scores and credit decisions (for example, account opening or account review decisions). If you have questions please visit https://www.transunion.com/buy-now-pay-later to learn more.

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.**

**TITANIUM FUNDS #114**** ( 3081 S STATE ST, SALT LAKE CITY, UT 84115, (877) 682-3553 x39900 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Balance; Date Updated; Last Payment Made; Original Charge-Off; Past Due; Pay Status; Remarks; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 10/10/2020 | **Balance:** | $0 | **Pay Status:** | Paid, Closed; was Paid as agreed |
| **Responsibility:** | Individual Account | **Date Updated:** | 03/31/2021 | | |
| **Account Type:** | Installment Account | **Payment Received:** | ($0) | **Terms:** | $0 per month, paid Bi-weekly for 37 months |
| **Loan Type:** | AUTOMOBILE | **High Balance:** | $9,382 | **Date Closed:** | 03/31/2021 |

>Maximum Delinquency of 30 days in 01/2021<

**Remarks:** CLOSED

| | 02/2021 | 01/2021 | 12/2020 | 11/2020 |
|---|---|---|---|---|
| **Rating** | [illegible] | [illegible] | OK | OK |

**VERIZON WIRELESS #4736813090****** ( VERIZON WIRELESS PO BOX 65005, DALLAS, TX 75265, (800) 852-1922 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Date Closed; Remarks; Rating**. Here is how this account appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 09/12/2020 | **Balance:** | $0 | **Pay Status:** | >Account Paid in Full; was a Collection< |
| **Responsibility:** | Individual Account | **Date Updated:** | 07/06/2025 | | |
| **Account Type:** | Open Account | **Payment Received:** | 04/03/2023 ($142) | **Date Closed:** | 06/06/2021 |
| **Loan Type:** | TELECOMMUNICATIONS/CELLULAR | **Last Payment Made:** | 04/03/2023 | **Date Paid:** | 04/03/2023 |
| | | **High Balance:** | $184 | | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >SETTLED-LESS THAN FULL BLNC<; >PAID COLLECTION<

**Estimated month and year that this item will be removed:** 01/2028

| | 06/2025 | 05/2025 | 04/2025 | 03/2025 | 02/2025 | 01/2025 | 12/2024 | 11/2024 | 10/2024 | 09/2024 | 08/2024 | 07/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|
| **Rating** | X | X | X | X | X |

## GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
    - a person has taken adverse action against you because of information in your credit report;
    - you are the victim of identity theft and place a fraud alert in your file;
    - your file contains inaccurate information as a result of fraud;
    - you are on public assistance;
    - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

  - **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552<br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br>b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br>c. Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br>d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580 (877) 382-4357 |