**EXHIBIT F-1**

**Experian Dispute Results**

- Date: **July 9, 2025**
- Report #: **0503-2421-18**
- Status: "Verified & Updated" – still showing false balance.

**EXHIBIT F-2**

**Experian Dispute Results**

- Date: **August 5, 2025**
- Report #: **0836-7876-54**
- Status: "Verified & Updated" – balance still falsely listed.

**EXHIBIT F-3** *SV 10/01/2025 omitted*

**Experian Consumer Disclosure**

- Date: **September 25, 2025**
- Status: **"Paid, Closed. $9,082 Written Off (May 2025)"**
- Still shows inaccurate **Balance Histories ($8,052 Nov 2024 – Apr 2025)**
- Reinvesigation Info: "Updated Aug 2025."

PO Box 9701
Allen, TX 75013



0004943   02 AB 0.59  **AUTO  H0 1 7165 84129-734503   -C02-P04947-I
JACOB DAVID VALDEZ
6590 S 2700 W APT 3
TAYLORSVILLE UT 84129-7345



# Your Dispute Results

Report # 0503-2421-18 for Jul 09, 2025



# Hi, Jacob David. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

Credit grantors send us updated payment information routinely. We update our records as soon as we receive the updated information.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

Deleted - This item was removed from your credit report. Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Updated (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. Processed - This item was either updated or deleted; Please review your report for the details. Verified and Updated - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Credit items

**TITANIUM FUNDS LLC 1....** Outcome: Verified and Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

**Before Dispute**

## TITANIUM FUNDS LLC Partial Acct # 1....
3081 S STATE ST FL 2 SOUTH SALT LAKE UT 84115; (801) 924 2777

**Status (Nov 2024)** Account charged off. $9,082 written off. $8,052 past due as of May 2025.

| Date opened | Terms | Recent Balance |
|---|---|---|
| Oct 2020 | 37 Months | $8,052 as of May 2025 |
| Address ID # 0211604885 | Monthly payment Not reported | This account is scheduled to continue on record until Oct 2027. |
| Type Auto Loan | Credit limit or original amount $9,382 | |
| Responsibility Individual | High Balance Not reported | |

Payment history: Oct 2020 - May 2025

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CO  | CO  | CO  | CO  | CO  |     |     |     |     |     |     |     |
| 2024 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | CO  | CO  |
| 2023 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2022 | R   | R   | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2021 | OK  | 30  | 30  | R   | R   | R   | R   | R   | R   | R   | R   | R   |
| 2020 |     |     |     |     |     |     |     |     |     | OK  | OK  | OK  |



|  | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 |
|---|---|---|---|---|---|---|
| Account Balance | $8,052 | $8,052 | $8,052 | $8,052 | $8,052 | $8,052 |
| Date Payment Received | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $9,382*

## After Dispute

## TITANIUM FUNDS LLC Partial Acct # 1....
3081 S STATE ST FL 2 SOUTH SALT LAKE UT 84115; (801) 924 2777

**Status (Nov 2024)** Account charged off. $9,082 written off. $8,052 past due as of Jul 2025.

| Date opened | Terms | Recent Balance |
|---|---|---|
| Oct 2020 | 37 Months | $8,052 as of Jul 2025 |
| Address ID # 0211604885 | Monthly payment Not reported | This account is scheduled to continue on record until Oct 2027. |
| Type Auto Loan | Credit limit or original amount $9,382 | This item was updated from our processing of your dispute in Jul 2025. |
| Responsibility Individual | High Balance Not reported | |
| | Recent payment $170 as of 02/19/2021 | |

Payment history: Oct 2020 - Jul 2025

|      | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2025 | CO  | CO  | CO  | CO  | ND  | ND  | CO  |     |     |     |     |     |
| 2024 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | CO  | CO  |
| 2023 | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2022 | R   | R   | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  |
| 2021 | OK  | 30  | 30  | R   | R   | R   | R   | R   | R   | R   | R   | R   |
| 2020 |     |     |     |     |     |     |     |     |     | OK  | OK  | OK  |

|  | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 |
|---|---|---|---|---|---|---|
| Account Balance | $8,052 | $8,052 | $8,052 | $8,052 | $8,052 | $8,052 |
| Date Payment Received | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data |

*The original amount of this account was $9,382*

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

# Dispute Results (Continued)

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| OK | Current / Terms met | 150 | Past due 150 Days | VS | Voluntarily surrendered |
| 30 | Past due 30 Days | 180 | Past due 180 Days | R | Repossession |
| 60 | Past due 60 Days | CRD | Creditor received deed | PBC | Paid by creditor |
| 90 | Past due 90 Days | FS | Foreclosure proceedings started | IC | Insurance claim |
| 120 | Past due 120 Days | F | Foreclosure | G | Claim filed with government |
| D | Defaulted on contract | | | | |
| C | Collection | | | | |
| CO | Charge off | | | | |
| CLS | Closed | | | | |
| ND | No data for this period | | | | |

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

## TITANIUM FUNDS LLC  Partial Acct # 1....
3081 S STATE ST FL 2 SOUTH SALT LAKE UT 84115; (801) 924 2777

**Status (Nov 2024)** Account charged off.
$9,082 written off. $8,052 past due as of Jul 2025.

**Date opened**
Oct 2020

**Address ID #**
0211604885

**Type**
Auto Loan

**Responsibility**
Individual

**Terms**
37 Months

**Monthly payment**
Not reported

**Credit limit or original amount**
$9,382

**High Balance**
Not reported

**Recent payment**
$170 as of 02/19/2021

**Recent Balance**
$8,052 as of Jul 2025

This account is scheduled to continue on record until Oct 2027.

This item was updated from our processing of your dispute in Jul 2025.

**Payment history:** Oct 2020 - Jul 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | ND | ND | CO | | | | | |
| 2024 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CO | CO |
| 2023 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2022 | R | R | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2021 | OK | 30 | 30 | R | R | R | R | R | R | R | R | R |
| 2020 | | | | | | | | | | OK | OK | OK |

| | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 |
|---|---|---|---|---|---|---|
| **Account Balance** | $8,052 | $8,052 | $8,052 | $8,052 | $8,052 | $8,052 |
| **Date Payment Received** | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 | 02.19.21 |
| **Scheduled Payment Amount** | No Data | No Data | No Data | No Data | No Data | No Data |
| **Actual Amount Paid** | No Data | No Data | No Data | No Data | No Data | No Data |

The original amount of this account was $9,382.

## Your Potentially Negative Account Activity (Continued)

### VERIZON WIRELESS Partial Acct #
PO BOX 650051 DALLAS TX 75265; (800) 852 1922

**Status (Apr 2023)** Paid in settlement.

| Date opened | Terms | Recent Balance | Payment history: Apr 2023 - Apr 2023 |
|---|---|---|---|
| Sep 2020 | 1 Month | Not reported | |
| Address ID # | Monthly payment | This account is scheduled to continue on record until Nov 2027. | 2023: JAN FEB MAR **APR (C)** MAY JUN JUL AUG SEP OCT NOV DEC |
| 0211604885 | Not reported | | |
| Type | Credit limit or original amount | Comment | |
| Cell Phone | $184 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). | |
| Responsibility | High Balance | | |
| Individual | $184 | | |

**Comment:** Account paid in full for less than full balance

This item was updated from our processing of your dispute in Jul 2025.



## 👍 Your Positive Account Activity

These accounts may stay on your credit report for as long as they are open. Closed or paid-off accounts may continue to appear on your report for up to 10 years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

 Great job paying these accounts on time! Payment history is the biggest factor of your credit score.

### AMERICAN UNITED FAMILY O Partial Acct #
500 FOOTHILL DR SALT LAKE CITY UT 84148; (801) 583 5015

**Status (Jun 2025)** Paid, Closed/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Mar 2023 | 0211604885 | $7,000 | Not reported | Individual |
| Terms | Monthly payment | High Balance | | | This account is scheduled to continue on record until Jun 2035. |
| Not reported | Not reported | Not reported | | | |

| | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $121 | $344 | $491 | $637 | $706 | $763 | $875 | $1,188 | $1,353 | $1,463 | $1,572 | $1,680 | $1,947 | $2,481 |
| Date Payment Received | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 08.22.24 | 07.25.24 | 06.27.24 | 05.30.24 | 04.18.24 |
| Scheduled Payment Amount | $118 | $118 | $118 | $118 | $118 | $118 | $118 | $118 | $118 | $118 | $118 | $118 | $118 | $118 |
| Actual Amount Paid | $225 | $150 | $150 | $75 | $59 | $118 | $377 | $177 | $118 | $118 | $118 | $278 | $555 | $118 |

| | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,583 | $2,683 | $2,896 | $3,284 | $3,284 | $3,425 | $3,425 | $3,824 | $4,212 |
| Date Payment Received | 03.21.24 | 02.27.24 | 01.25.24 | 12.29.23 | 11.02.23 | 09.22.23 | 09.22.23 | 08.24.23 | 07.27.23 |
| Scheduled Payment Amount | $118 | $118 | $246 | $246 | $246 | $246 | $246 | $246 | $246 |
| Actual Amount Paid | $118 | $246 | $456 | $46 | $200 | No Data | $444 | $436 | $523 |

The original amount of this account was $7,000

## Dispute Results (Continued)

### Your Positive Account Activity (Continued)

**AMERICAN UNITED FAMILY O** Partial Acct #  
500 FOOTHILL DR SALT LAKE CITY UT 84148; (801) 583 5015

**Status (Jun 2025)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Auto Loan | Feb 2024 | 0211604885 | $20,282 | $15,598 as of Jun 2025 | Individual |
| Terms | Monthly payment | High Balance | Recent payment | | |
| Not reported | $380 | Not reported | $600 as of 09/19/2024 | | |

| | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $16,053 | $16,353 | $16,655 | $16,955 | $17,253 | $17,538 | $17,990 | $18,082 | $18,374 | $18,663 | $18,951 | $19,237 | $19,664 | $20,066 |
| Date Payment Received | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 09.19.24 | 08.22.24 | 07.25.24 | 06.27.24 | 05.16.24 | 04.04.24 |
| Scheduled Payment Amount | $380 | $380 | $380 | $380 | $380 | $380 | $380 | $380 | $380 | $380 | $380 | $380 | $380 | $380 |
| Actual Amount Paid | $400 | $400 | $400 | $400 | $400 | $600 | $200 | $400 | $400 | $400 | $400 | $600 | $580 | $190 |

| | Mar24 | Feb24 |
|---|---|---|
| Account Balance | $20,200 | $20,282 |
| Date Payment Received | 03.22.24 | No Data |
| Scheduled Payment Amount | $380 | $380 |
| Actual Amount Paid | $190 | No Data |

*The original amount of this account was $20,282*

---

**AMERICAN UNITED FAMILY O** Partial Acct #  
500 FOOTHILL DR SALT LAKE CITY UT 84148; (801) 583 5015

**Status (Jun 2025)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Line of Credit | Mar 2023 | 0211604885 | $500 | $0 /paid as of Jun 2025 | Individual |
| Terms | Monthly payment | High Balance | | | |
| Not reported | $0 | $424 | | | |

| | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $424 | $424 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | $20 | $20 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | $434 | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

| | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Date Payment Received | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data | No Data |

*Between Nov 2024 and May 2025, your credit limit/high balance was $500*  
*Between Jul 2023 and Oct 2024, your credit limit/high balance was $100*

---

**AMERICAN UNITED FAMILY O** Partial Acct #  
500 FOOTHILL DR SALT LAKE CITY UT 84148; (801) 583 5015

**Status (Jun 2025)** Open/Never late.

| Type | Date opened | Address ID # | Credit limit or original amount | Recent Balance | Responsibility |
|---|---|---|---|---|---|
| Credit card | Mar 2023 | 0211604885 | $8,000 | $325 as of Jun 2025 | Individual |
| Terms | Monthly payment | High Balance | Recent payment | | |
| Not reported | $20 | $2,557 | $2,316 as of 09/27/2024 | | |

| | May25 | Apr25 | Mar25 | Feb25 | Jan25 | Dec24 | Nov24 | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $2,316 | $1,126 | $451 | $1,322 | $763 | $1,135 | $423 | $562 | $201 | $317 | $755 | $614 | $484 | $1,632 |
| Date Payment Received | 09.27.24 | 09.27.24 | 09.27.24 | 09.27.24 | 09.27.24 | 09.27.24 | 09.27.24 | 09.27.24 | 09.27.24 | 08.22.24 | 07.21.24 | 06.17.24 | 05.17.24 | 04.19.24 |
| Scheduled Payment Amount | $46 | $23 | $20 | $26 | $20 | $23 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $33 |
| Actual Amount Paid | $1,926 | $1,571 | $1,322 | $1,038 | $400 | $1,211 | $562 | $201 | $652 | $850 | $100 | $550 | $1,900 | $374 |

| | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 | Aug23 | Jul23 |
|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $1,991 | $807 | $52 | $0 | $0 | $52 | $32 | $109 | $0 |
| Date Payment Received | 03.20.24 | 02.16.24 | 01.03.24 | 12.29.23 | 11.27.23 | 10.13.23 | 09.22.23 | 08.10.23 | 07.27.23 |
| Scheduled Payment Amount | $40 | $20 | $20 | No Data | No Data | $20 | $20 | $20 | No Data |
| Actual Amount Paid | $550 | $133 | $313 | $251 | $203 | $161 | $397 | $170 | $159 |

*Between Apr 2025 and May 2025, your credit limit/high balance was $8,000*  
*Between Nov 2024 and Mar 2025, your credit limit/high balance was $6,000*  
*Between Dec 2023 and Oct 2024, your credit limit/high balance was $3,000*  
*Between Jul 2023 and Nov 2023, your credit limit/high balance was $500*

# Dispute Results (Continued)

## Your Positive Account Activity (Continued)

### CREDIT ONE BANK Partial Acct #
PO BOX 98875 LAS VEGAS NV 89193; (877) 825 3242

**Status (Nov 2024)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** Apr 2023 | **Address ID #** 0211604885 |
| **Terms** Not reported | **Monthly payment** Not reported | **High Balance** $151 |

| | |
|---|---|
| **Credit limit or original amount** $300 | **Recent Balance** Not reported |
| | **Comment** Account closed at consumer's request. |

**Responsibility** Individual
This account is scheduled to continue on record until Nov 2034.



| | Oct24 | Sep24 | Aug24 | Jul24 | Jun24 | May24 | Apr24 | Mar24 | Feb24 | Jan24 | Dec23 | Nov23 | Oct23 | Sep23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Balance | $8 | $8 | $8 | $8 | $8 | $8 | $8 | $53 | $0 | $78 | $19 | $54 | $0 | $82 |
| Date Payment Received | 09.29.24 | 09.17.24 | 08.18.24 | 07.16.24 | 06.16.24 | 04.26.24 | 03.26.24 | 02.16.24 | 02.16.24 | 01.14.24 | 12.22.23 | 10.13.23 | 10.13.23 | 09.08.23 |
| Scheduled Payment Amount | $8 | $8 | $8 | $8 | $8 | $8 | $8 | $30 | No Data | $30 | $19 | $30 | No Data | $30 |
| Actual Amount Paid | $8 | $8 | $8 | $8 | $93 | $8 | $53 | No Data | $78 | $103 | $157 | No Data | $132 | $115 |

| | Aug23 | Jul23 |
|---|---|---|
| Account Balance | $0 | $77 |
| Date Payment Received | 08.13.23 | 06.18.23 |
| Scheduled Payment Amount | No Data | $30 |
| Actual Amount Paid | $82 | No Data |

*Between Jul 2023 and Oct 2024, your credit limit/high balance was $300*

---

### DISCOVER CARD Partial Acct #
PO BOX 30939 SALT LAKE CITY UT 84130; (800) 347 2683

**Status (Jul 2025)** Open/Never late.

| | | |
|---|---|---|
| **Type** Credit card | **Date opened** May 2025 | **Address ID #** 0211604885 |
| **Terms** Not reported | **Monthly payment** $35 | **High Balance** $791 |

| | |
|---|---|
| **Credit limit or original amount** $12,000 | **Recent Balance** $791 as of Jul 2025 |

**Responsibility** Individual

| | Jun25 |
|---|---|
| Account Balance | $292 |
| Date Payment Received | No Data |
| Scheduled Payment Amount | $35 |
| Actual Amount Paid | No Data |

*As of Jun 2025 your credit limit/high balance was $12,000*

---

### SECURITY SERVICE FCU Partial Acct #
16211 LA CANTERA PKWY SAN ANTONIO TX 78256; (210) 476 4000

**Status (Dec 2018)** Paid, Closed/Never late.

| | | |
|---|---|---|
| **Type** Secured Loan | **Date opened** Jun 2018 | **Address ID #** 0211604885 |
| **Terms** 6 Months | **Monthly payment** Not reported | **High Balance** Not reported |

| | |
|---|---|
| **Credit limit or original amount** $500 | **Recent Balance** Not reported |

**Responsibility** Individual
This account is scheduled to continue on record until Dec 2028.

---

# Who Has Viewed Your Consumer Information

## CREDIT APPLICATIONS / HARD INQUIRIES

*Hard inquiries* are requests for your consumer information based on an action or process initiated by you, generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency.

 Hard inquiries may stay on your report up to two years.

---

**AMERICAN UNITED FAMILY O** 500 FOOTHILL DR SALT LAKE CITY UT 84148 (801) 583 5015     **Nov 04, 2024**

**REASON:** Credit card.
**DURATION:** This inquiry is scheduled to continue on record until Dec 2026.

**Dispute Results** (Continued)

**Who Has Viewed Your Consumer Information** (Continued)

**CAP ONE NA** PO BOX 30281 SALT LAKE CITY UT 84130 (800) 227 4825     Jun 17, 2024
**REASON:** Unspecified.
**DURATION:** This inquiry is scheduled to continue on record until Jul 2026.

**AMERICAN UNITED FAMILY O** 500 FOOTHILL DR SALT LAKE CITY UT 84148 (801) 583 5015     Dec 29, 2023
**REASON:** Credit card.
**DURATION:** This inquiry is scheduled to continue on record until Jan 2026.

## CONSUMER REPORT VIEWS / SOFT INQUIRIES

*Soft inquiries* are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts.

 Soft inquiries DO NOT impact your credit score.

**AT&T SERVICES** 200 W ATT CENTER DR HOFFMAN ESTATES IL 60192 **No phone # available** INQUIRY DATES: 10.24.2024 |

**CAPITAL ONE** 15000 CAPITAL ONE DR RICHMOND VA 23238 **No phone # available** INQUIRY DATES: 10.08.2024 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 (415) 510 5272 INQUIRY DATES: 07.09.2025 | 07.08.2025 | 07.05.2025 | 07.04.2025 | 07.03.2025 | 07.02.2025 | 07.01.2025 | 06.29.2025 | 06.26.2025 | 06.25.2025 | 06.22.2025 | 06.08.2025 | 06.03.2025 | 06.02.2025 | 06.01.2025 | 05.22.2025 | 05.04.2025 | 05.03.2025 | 05.02.2025 | 05.01.2025 | 04.09.2025 | 04.06.2025 | 04.05.2025 | 04.01.2025 | 03.03.2025 | 03.01.2025 | 02.02.2025 | 02.01.2025 | 01.05.2025 | 01.04.2025 | 01.01.2025 | 12.17.2024 | 12.16.2024 | 12.03.2024 | 12.01.2024 | 11.27.2024 | 11.05.2024 | 11.04.2024 | 11.01.2024 | 10.21.2024 | 10.09.2024 | 10.03.2024 | 10.01.2024 | 09.27.2024 | 09.22.2024 | 09.20.2024 | 09.08.2024 | 09.02.2024 | 09.01.2024 | 08.27.2024 | 08.19.2024 | 08.03.2024 | 08.02.2024 | 08.01.2024 | 07.27.2024 | 07.21.2024 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** INQUIRY DATES: 07.02.2025 | 06.29.2025 | 06.25.2025 | 06.21.2025 | 06.18.2025 | 06.14.2025 | 06.11.2025 | 06.07.2025 | 06.04.2025 | 06.01.2025 | 05.28.2025 | 05.24.2025 | 05.21.2025 | 05.17.2025 | 05.10.2025 | 05.07.2025 | 05.03.2025 | 04.30.2025 | 04.27.2025 | 04.23.2025 | 04.19.2025 | 04.16.2025 | 04.12.2025 | 04.09.2025 | 04.05.2025 | 04.02.2025 | 03.30.2025 | 03.26.2025 | 03.22.2025 | 03.19.2025 | 03.15.2025 | 03.12.2025 | 03.08.2025 | 03.05.2025 | 03.01.2025 | 02.26.2025 | 02.23.2025 | 02.19.2025 | 02.15.2025 | 02.12.2025 | 02.08.2025 | 02.06.2025 | 02.01.2025 | 01.29.2025 | 01.26.2025 | 01.22.2025 | 01.18.2025 | 01.15.2025 | 01.11.2025 | 01.08.2025 | 01.04.2025 | 01.01.2025 | 12.29.2024 | 12.25.2024 | 12.21.2024 | 12.18.2024 | 12.14.2024 | 12.11.2024 | 12.07.2024 | 12.04.2024 | 12.01.2024 | 11.27.2024 | 11.23.2024 | 11.20.2024 | 11.16.2024 | 11.13.2024 | 11.09.2024 | 11.06.2024 | 11.02.2024 | 10.30.2024 | 10.27.2024 | 10.23.2024 | 10.19.2024 | 10.16.2024 | 10.12.2024 | 10.09.2024 | 10.02.2024 | 09.28.2024 | 09.25.2024 | 09.21.2024 | 09.18.2024 | 09.14.2024 | 09.11.2024 | 09.07.2024 | 09.04.2024 | 08.31.2024 | 08.28.2024 | 08.24.2024 | 08.21.2024 | 08.17.2024 | 08.14.2024 | 08.10.2024 | 08.07.2024 | 08.03.2024 | 07.31.2024 | 07.27.2024 | 07.24.2024 | 07.20.2024 | 07.17.2024 | 07.13.2024 | 07.10.2024 |

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 **No phone # available** INQUIRY DATES: 11.04.2024 | 09.19.2024 |

**CREDIT ONE BANK** 6801 S CIMARRON RD LAS VEGAS NV 89113 (415) 459 6100 INQUIRY DATES: 03.18.2025 | 02.18.2025 |

**CREDIT ONE BANK** PO BOX 98875 LAS VEGAS NV 89193 (877) 825 3242 INQUIRY DATES: 12.23.2024 |

**DISCOVER** 2500 LAKE COOK RD RIVERWOODS IL 60015 (877) 728 3030 INQUIRY DATES: 06.05.2025 |

**DISCOVERC** 2500 LAKE COOK RD RIVERWOODS IL 60015 **No phone # available** INQUIRY DATES: 05.21.2025 |

**DISCOVERC** PO BOX 15157 WILMINGTON DE 19850 (800) 347 2683 INQUIRY DATES: 05.20.2025 | 04.29.2025 | 04.08.2025 | 04.01.2025 | 03.25.2025 | 03.18.2025 | 03.11.2025 | 03.04.2025 | 02.25.2025 | 02.19.2025 | 02.11.2025 | 02.04.2025 | 01.28.2025 | 01.22.2025 | 01.14.2025 | 01.07.2025 | 01.01.2025 | 12.16.2024 | 12.10.2024 | 12.03.2024 | 11.22.2024 | 11.15.2024 | 11.08.2024 | 11.01.2024 | 10.25.2024 | 10.18.2024 | 10.11.2024 | 10.04.2024 | 09.27.2024 | 09.20.2024 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 06.24.2025 |

**EXPERIAN CS IDENTITY** 535 ANTON BLVD STE 100 COSTA MESA CA 92626 **No phone # available** INQUIRY DATES: 06.21.2025 |

**INTELLIRENT SOLUTIONS IN** 632 COMMERCIAL ST SAN FRANCISCO CA 94111 **No phone # available** INQUIRY DATES: 12.15.2024 |

**INTELLIRENT SOLUTIONS IN** 632 COMMERCIAL ST SAN FRANCISCO CA 94111 **No phone # available** INQUIRY DATES: 12.15.2024 |

## Dispute Results (Continued)

### Who Has Viewed Your Consumer Information (Continued)

INTELLIRENT SOLUTIONS IN 632 COMMERCIAL ST SAN FRANCISCO CA 94111 No phone # available INQUIRY DATES: 12.15.2024 |

NCINO/AMER UNITED FCU 500 FOOTHILL DR SALT LAKE CITY UT 84148 (801) 583 5015 INQUIRY DATES: 06.25.2025 |

ONEMAIN PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 11.10.2024 | 08.25.2024 |

PROGRESSIVE INSURANCE PO BOX 6807 CLEVELAND OH 44101 (800) 776 4737 INQUIRY DATES: 09.19.2024 |



## Your Personal Information

The following information is reported by you, your creditors, or other sources each of which may report your personal information differently. This is why there may be variations of your name, address, Social Security Number, etc.

 Personal information DOES NOT impact your credit score at all.

### NAMES

| Name | ID |
|---|---|
| JACOB VALDEZ | Name ID #:20706 |
| JACOB DAVID VALDEZ | Name ID #:30901 |
| JACOB D VALDEZ | Name ID #:2908 |

### ADDRESSES

| Address | Details |
|---|---|
| 6590 S 2700 W APT3<br>SALT LAKE CITY UT 84129-7345 | Geo Code: 0-00- 0-<br>Address ID #: 0211604885 Address Type: Apartment complex |
| 7897 S 3800 W<br>WEST JORDAN UT 84088-4404 | Geo Code: 0-11291610-35-7160<br>Address ID #: 0170074779 Address Type: Single family |
| 449 CANYON DR<br>MESQUITE NV 89027-3734 | Geo Code: 0-590110- 3-4120<br>Address ID #: 0437577019 Address Type: Single family |
| 5697 SUNKIST DR<br>KEARNS UT 84118-7949 | Geo Code: 0-11352620-35-7160<br>Address ID #: 0170481622 Address Type: Single family |
| 5184 SILVERTIP DR<br>SALT LAKE CITY UT 84118-5625 | Geo Code: 0-11380310-35-7160<br>Address ID #: 0171207043 Address Type: Single family |
| 5619 WALNUT RIDGE CIR<br>KEARNS UT 84118-7975 | Geo Code: 0-11352620-35-7160<br>Address ID #: 0170481708 Address Type: Single family |
| 5059 LONGMORE DR<br>KEARNS UT 84118-6722 | Geo Code: 0-11380320-35-7160<br>Address ID #: 0170474774 Address Type: Single family |
| 4546 BRIDGESIDE WAY #72<br>TAYLORSVILLE UT 84123-3833 | Geo Code: 0-11351430-35-7160<br>Address ID #: 0580475967 Address Type: Apartment complex |
| 708 PORT MANN ROW APTC8<br>SALT LAKE CITY UT 84123-3813 | Geo Code: 0-11351430-35-7160<br>Address ID #: 0309973048 Address Type: Apartment complex |
| 708 PORT MANN ROW<br>SALT LAKE CITY UT 84123-3860 | Geo Code: 0-11351430-35-7160<br>Address ID #: 0307566590 Address Type: Multifamily |
| 708 W PORTMAIN ROAD # B C<br>TAYLORSVILLE UT UT 84123 | Geo Code: 0-00- 0-<br>Address ID #: 0539177593 Address Type: Apartment complex |
| 3391 W 5700 S<br>SALT LAKE CITY UT 84129-3274 | Geo Code: 0-00- 0-<br>Address ID #: 0170459413 Address Type: Single family |
| 150 E CENTER ST<br>PROVO UT 84606-3106 | Geo Code: 0-240010-49-6520<br>Address ID #: 0170988095 Address Type: Single family |
| 5500 BOULDER HWY #1443<br>LAS VEGAS NV 89122-7292 | Geo Code: 0-501010- 3-4120<br>Address ID #: 0378223725 Address Type: Single family |
| 731 S 300 E APTD106<br>SALT LAKE CITY UT 84111-4056 | Geo Code: 0-10230030-35-7160<br>Address ID #: 0609138504 Address Type: Apartment complex |
| 7896 S 3800 W<br>WEST JORDAN UT 84088-4405 | Geo Code: 0-11291610-35-7160<br>Address ID #: 0815830682 Address Type: Single family |

## Dispute Results (Continued)

### Your Personal Information (Continued)

| Address | Details |
|---|---|
| 4525 BAY BRIDGE RD APT J12<br>TAYLORSVILLE UT 84123-3844 | Geo Code: 0-11351430-35-7160<br>Address ID #: 0307038697 Address Type: Apartment complex |
| 4546 BRIDGESIDE WAY<br>TAYLORSVILLE UT 84123-3833 | Geo Code: 0-11351430-35-7160<br>Address ID #: 0309129287 Address Type: Multifamily |
| 571 S 300 E APT D106<br>SALT LAKE CITY UT 84111-3531 | Geo Code: 0-10230010-35-7160<br>Address ID #: 0642355669 Address Type: Single family |
| 731 S 300 E<br>SALT LAKE CITY UT 84111-4056 | Geo Code: 0-10230030-35-7160<br>Address ID #: 0170356582 Address Type: Multifamily |
| 6720 W 4100 S<br>SALT LAKE CITY UT 84128-4237 | Geo Code: 0-11340820-35-7160<br>Address ID #: 0170563192 Address Type: Single family |
| 708 PORT MAINE ROAD # 8 C<br>SALT LAKE CITY UT 84123 | Geo Code: 0-00-0-<br>Address ID #: 0580271210 Address Type: Apartment complex |

### SOCIAL SECURITY NUMBER VARIATIONS
None

### YEAR OF BIRTH
1983

### TELEPHONE NUMBERS

| Number | Type |
|---|---|
| 801 403-4271 | Cellular |
| 801 963-3895 | Residential |
| 801 657-9103 | Cellular |

### SPOUSE OR CO-APPLICANT
DOROTHY

### FORMER OR CURRENT EMPLOYERS
IBC WONDERBREAD; ALORICA

THIS PAGE INTENTIONALLY LEFT BLANK