**EXHIBIT H**

**American Express Application Denial Notice**

- Date: **September 25, 2025**

- Document: Initial denial notice stating that Plaintiff's application was denied and that an adverse action letter with reasons would follow within 10 business days.

- Relevance: Confirms a concrete credit denial suffered by Plaintiff while the inaccurate Titanium tradeline remained on TransUnion and Experian reports.

- *Full adverse action letter forthcoming and will be supplemented when received.*

# AMERICAN EXPRESS

# Thank you for applying, Jacob. We're sorry we can't approve your application at this time.

**There has been no impact to your credit score at this time.**

We understand this isn't the outcome you were hoping for.

Our decision considers various factors, and we'll be sending you a letter explaining the reason for this decision within 10 business days.

Thank you for your interest in American Express.

About

Products & Services

Links You May Like

Additional Information

## AMERICAN EXPRESS

United States Change Country

    

Terms of Service | Privacy Center |
Do Not Sell or Share My Personal Information | AdChoices | Security Center |
Card Agreements | Servicemember Benefits | Site Map

All users of our online services are subject to our Privacy Statement and agree to be